IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:14cr40 DCB-FKB

WILLIAM CHARLES CARROLL
a/k/a "CC"

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

COUNT 1

That beginning sometime in September 2011 and continuing up to the date of this indictment, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WILLIAM CHARLES CARROLL a/k/a "CC"**, did knowingly conspire with others both known and unknown to the Grand Jury, to possess with intent to distribute more than fifty (50) grams of methamphetamine, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

**QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY**

With respect to **WILLIAM CHARLES CARROLL a/k/a "CC"**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other

1

conspirators reasonably foreseeable to him/her, is more than fifty (50) grams of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)A.

COUNT 2

On or about September 24, 2013, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **WILLIAM CHARLES CARROLL a/k/a "CC"**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 3

On or about September 4, 2013, in Rankin County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **WILLIAM CHARLES CARROLL a/k/a "CC"**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally distribute more than five (5) grams of methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 4

On or about September 24, 2013, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **WILLIAM CHARLES CARROLL a/k/a "CC"**, knowingly used and carried a firearm, to wit: a Masterpiece Arms .45 caliber handgun,

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and all in violation of Section 924(c)(1), Title 18, United States Code.

## COUNT 5

That on or about September 24, 2013, in Hinds County in the Southern Division of the Southern District of Mississippi, the defendant, **WILLIAM CHARLES CARROLL a/k/a "CC"**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant, **WILLIAM CHARLES CARROLL a/k/a "CC"**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

1. **Masterpiece Arms, .45 ACP caliber, serial number A9212;**
2. **Taurus, Model The Judge Public Defender, .45 caliber/.410 gauge revolver, serial number CR788233;**

Further, if any property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Sections 981(a)(1)(C), Title 18, United States Code; Section 853, Title 21, United States Code; and Section 2461, Title 28, United States Code.

GREGORY K. DAVIS.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 5th day of FEBRUARY, 2014.

UNITED STATES MAGISTRATE JUDGE